## DISCIPLINARY DOCKET

**D.D. 87-29.** Toledo Bar Assn. v.

Reinhart. Reported at 37 Ohio St. 3d 136, 524 N.E. 2d 510. On motion to show cause. Respondent found in contempt. Order placed in his file.